■ SAM PILATO AND SON, INC., et al., Respondents, v LEO D. STAROWITZ, SR., et al., Defendants, and FRANK STAROWITZ, Appellant. [865 NYS2d 588]—Appeal from an order of the Supreme Court, Genesee County (Eric R. Adams, A.J.), entered October 25, 2006 in an action for trespass and conversion. The order

denied the motion of defendants to set aside the judgment in this action pursuant to CPLR 5015.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.